# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: MOORE, TRAVIS W.   § Case No. 13-83076
                         §
                         §
                         §
Debtor(s)                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $143,960.00                    Assets Exempt: $7,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,028.14       Claims Discharged
                                                 Without Payment: $94,457.56

Total Expenses of Administration: $4,271.86

3) Total gross receipts of $ 7,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,300.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $117,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,271.86 | 4,271.86 | 4,271.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,752.03 | 31,733.67 | 31,733.67 | 3,028.14 |
| **TOTAL DISBURSEMENTS** | $182,752.03 | $36,005.53 | $36,005.53 | $7,300.00 |

4) This case was originally filed under Chapter 7 on September 03, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2014      By: /s/JOSEPH D. OLSEN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Hummer H2 | 1129-000 | 7,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 117,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$117,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,480.00 | 1,480.00 | 1,480.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 125.35 | 125.35 | 125.35 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,534.00 | 1,534.00 | 1,534.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3620-000 | N/A | 246.51 | 246.51 | 246.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | N/A | 876.00 | 876.00 | 876.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,271.86 | $4,271.86 | $4,271.86 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,795.93 | 9,795.93 | 934.76 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 10,734.86 | 10,734.86 | 1,024.36 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 11,202.88 | 11,202.88 | 1,069.02 |
| NOTFILED | Chase | 7100-000 | 11,102.66 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,415.76 | N/A | N/A | 0.00 |
| NOTFILED | Commerce Bank | 7100-000 | 10,080.21 | N/A | N/A | 0.00 |
| NOTFILED | Card Services | 7100-000 | 6,245.36 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 833.85 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 9,717.25 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 20,356.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,752.03 | $31,733.67 | $31,733.67 | $3,028.14 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-83076  
**Case Name:** MOORE, TRAVIS W.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/03/13 (f)  
**§341(a) Meeting Date:** 10/03/13

**Period Ending:** 07/15/14

**Claims Bar Date:** 01/21/14

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 23258 Ridge Rd. Sterling, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with US Bank Davis IL | 300.00 | 0.00 | | 0.00 | FA |
| 3 | savings account with US Bank Davis | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account Community State Bank Sterling | 10.00 | 0.00 | | 0.00 | FA |
| 5 | necessary household furniture, tv, bedroom sets, | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7 | misc. costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 3 handguns, 2 shot guns, 2 rifles | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Employer policy-0 value | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401 K plan | 1,200.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Hummer H2 | 15,000.00 | 10,000.00 | | 7,300.00 | FA |
| 12 | 1998 chevy pick-up | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1998 pontiac trans am | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | 3 Artic Cat 4 wheelers | 3,000.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets  Totals** (Excluding unknown values) | **$158,960.00** | **$10,000.00** | | **$7,300.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Only asset the Trustee is administering is a 2003 Hummer which was auctioned off on or about 12/13/14.  The Trustee has to compensate his auctioneer and wait for the claims period to expire before the final report can be filed.  Anticipate filing the final report on or before 3/14.

**Initial Projected Date Of Final Report (TFR):**    October 31, 2014         **Current Projected Date Of Final Report (TFR):**    April 23, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83076  
**Case Name:** MOORE, TRAVIS W.  
**Taxpayer ID #:** **-***2083  
**Period Ending:** 07/15/14

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6366 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/13 | {11} | Action Auctioneering | Sale of Hummer on 11/20/13 | 1129-000 | 7,300.00 | | 7,300.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,290.00 |
| 01/13/14 | 101 | Action Auctioneering | Per Ct. Order of 1/13/14 to Pay auctioneer fees/costs | | | 1,122.51 | 6,167.49 |
| | | | 246.51 | 3620-000 | | | 6,167.49 |
| | | | 876.00 | 3610-000 | | | 6,167.49 |
| 06/03/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,480.00, Trustee Compensation; Reference: | 2100-000 | | 1,480.00 | 4,687.49 |
| 06/03/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $125.35, Trustee Expenses; Reference: | 2200-000 | | 125.35 | 4,562.14 |
| 06/03/14 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,534.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,534.00 | 3,028.14 |
| 06/03/14 | 105 | Capital One Bank (USA), N.A. | Dividend paid 9.54% on $9,795.93; Claim# 1; Filed: $9,795.93; Reference: | 7100-000 | | 934.76 | 2,093.38 |
| 06/03/14 | 106 | American InfoSource LP as agent for | Dividend paid 9.54% on $10,734.86; Claim# 2; Filed: $10,734.86; Reference: | 7100-000 | | 1,024.36 | 1,069.02 |
| 06/03/14 | 107 | eCAST Settlement Corporation, assignee | Dividend paid 9.54% on $11,202.88; Claim# 3; Filed: $11,202.88; Reference: | 7100-000 | | 1,069.02 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,300.00 | 7,300.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 7,300.00 | 7,300.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,300.00** | **$7,300.00** | |

Net Receipts :          7,300.00  
Net Estate :          $7,300.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6366 | 7,300.00 | 7,300.00 | 0.00 |
| | $7,300.00 | $7,300.00 | $0.00 |

{} Asset reference(s)

Printed: 07/15/2014 10:12 AM    V.13.15